IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON BRINDLE,                           )<br>                                         )<br>                 Plaintiff,              )<br>                                         )<br>       v.                                )<br>                                         )<br> ALLSTATE INSURANCE COMPANY, an           )<br> Illinois Corporation,[1]                 )<br>                                         )<br>                 Defendant.              )<br>_____) | CV. S-04-590 GEB DAD<br><br><br><br>ORDER |

      Defendant's Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, which was filed on January 19, 2005, is denied.

      IT IS SO ORDERED.

Dated:  May 9, 2005

                          /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
                          United States District Judge

---

[1] Although the parties continue to include "Doe" Defendants in their captions, the "Doe" Defendants were dismissed and the caption was amended in the Status (Pretrial Scheduling) Order filed June 17, 2004. The parties shall use the correct caption in future filings.