IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON BRINDLE, | CIV NO. S-04-590 GEB |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT AND DISPOSITION |
| ALLSTATE INSURANCE COMPANY, an Illinois corporation, | |
| Defendant. | |

On June 9, 2005, Defendant's counsel notified chambers by telephone that this case has settled. The parties have until 4:30 p.m. on July 13, 2005, to either file a document dismissing this action or to lodge a proposed order which could effect dismissal. See L.R. 16-160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: June 13, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge